IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **MARCELLA SHORT ET. AL.,** | |
| Plaintiffs, | |
| | **CASE NO. 3:17-cv-00536** |
| v. | |
| **DAVE & BUSTER'S, INC.,** | FLSA Opt-In Collective Action |
| **DAVE & BUSTER'S ENTERTAINMENT, INC.,** | |
| **DAVE & BUSTER'S MANAGEMENT CORPORATION, INC.,** | JURY DEMANDED |
| **DAVE & BUSTER'S HOLDINGS, INC.,** and | |
| **TANGO OF TENNESSEE, INC.** | |
| a/k/a Dave & Buster's Grand Sports Café, | |
| Defendants. | |

## ORDER GRANTING MOTION FOR SETTLEMENT APPROVAL

A Motion for Settlement Approval was filed on October 26, 2020, requesting Court approval of a settlement of the claims brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et seq.

In this case, a bona-fide dispute existed as to whether Plaintiffs were properly compensated. The negotiations that resulted in a settlement were held at arms' length with all parties being represented by experienced and reputable counsel. The Court concludes that the proposed settlement is a fair and reasonable compromise of a bona-fide dispute.

The Court has reviewed the Settlement Agreement and Release the Motion for Approval. Based on these filings, the Court finds the settlement between the parties is a fair and reasonable resolution of the parties' dispute. The settlement shall be administered pursuant to the terms of the Settlement Agreement.

1

The Motion for Settlement Approval is **GRANTED**, and the settlement agreement is **APPROVED** and this suit is **DISMISSED with prejudice**.

IT IS SO ORDERED.

ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

*/s/ Robert E. Morelli, III*
Gordon E. Jackson, TN Bar No. 08323
James L. Holt, Jr., TN Bar No. 012123
J. Russ Bryant, TN Bar No. 033830
Robert E. Turner, IV, TN Bar No. 035364
Robert E. Morelli, III, TN Bar No. 037004
Paula R. Jackson, TN Bar No. 20149
**JACKSON, SHIELDS, YEISER, HOLT**
**OWEN & BRYANT**
262 German Oak Drive
Memphis, TN 38018
901.754.8001
901.754.8524 (fax)
gjackson@jsyc.com
jholt@jsyc.com
rbryant@jsyc.com
rturner@jsyc.com
rmorelli@jsyc.com
pjackson@jsyc.com

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Proposed Order was filed electronically on this the 26th day of October, 2020. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system, including:

J. Christopher Anderson, TN Bar No. 19279
LITTLER MENDELSON, P.C.
333 Commerce Street, Suite 1450 Nashville, TN 37201
615.383.3033
615.383.3323 (fax)
chrisanderson@littler.com

Celeste R. Yeager, TX Bar No. 00797715
(Admitted Pro Hac Vice)
LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX 75201
214.880.8100
214.880.0181 (Fax)
cyeager@littler.com

3

Kim Rives Miers
(Admitted Pro Hac Vice)
LITTLER MENDELSON, P.C.
100 Congress Avenue, Suite 1400
Austin, TX 78701
512.982.7253
214.880.0810 (fax)
kmiers@littler.com

*s/Robert E. Morelli, III*